PH. URBIN DUGUET *v.* RHINELANDER and others, 1 C. C. E. xxv.

2 J. C. 476.

*Neutrality of Belligerent, Naturalized in Neutral Coun-try.*

THE Supreme Court held in this case, where the plaintiff, a subject of a belligerent power had emigrated to the United States, *flagrante bello,* and had become a natu-ralized citizen of this country, that a warranty of neutral ownership of the property, was not sustained by such letters of naturalization ; at all events it was the duty of the as-sured under such circumstances to disclose to the underwri-ter the period of his *emigration ;* his being, at that time, a subject of a belligerent power, it was held incapacitated him from acquiring the character and privileges of a neutral during the existence of hostilities, so as to bring the proper-

ty captured within the protection of neutrality. On writ of error, .

The Court of Errors *reversed* this decision, and held that the emigration of a belligerent, *flagrante bello*, to a neutral country, did not render him incapable of being naturalized, so as to become a citizen of a neutral power; and that his nat‑ uralization vested him with the character of a neutral, to all intents, and that therefore the warrant of neutral property was fully supported by such a citizenship.

It was also held that the insured was not bound to disclose the period of his emigration to the underwriter.